2016-1289 (La. 9/16/16)

**John PETERS**

v.

**RAY-BAR CONSTRUCTION, LLC, Gilchrist Construction Company, LWCC, Our Lady of the Lake Regional Medical Center and Travelers Casualty Insurance Company**

**NO. 2016-C-1289**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, Office of Workers' Compensation 5th District, No. 13-03118; to the Court of Appeal, First Circuit, No. 2015-CA-0230

Denied.

JOHNSON, C.J., would grant.

WEIMER, J., would grant.

2016-1316 (La. 9/16/16)

**STATE EX REL. Marlon CARTER**

v.

**STATE of Louisiana**

**NO. 2016-KH-1316**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. M, No. 11-14-0417; to the Court of Appeal, First Circuit, No. 2016 KW 0507

Denied.